ARTHUR B. BUTLER, as Administrator with the Will Annexed of JOHN J. BRYANT, Deceased, Respondent, *v.* GEORGE H. MIFFLIN et al., Composing the Firm of HOUGHTON, MIFFLIN AND COMPANY, Appellants.

*Butler* v. *Mifflin*, 121 App. Div. 905, affirmed.
(Argued January 17, 1908; decided January 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover money alleged to have been deposited by plaintiff's testator in the defendants' savings department.

*James J. Allen* for appellants.

*Walter H. Gilpatric* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Dissenting: HISCOCK, J.